UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMY ROSE INGRAM BONNING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MATTOS, et al.,<br><br>　　　　Defendants. | Case No.: 2:25-cv-01367-JAD-NJK<br><br>**ORDER** |

Plaintiff Amy Rose Ingram Bonning initiated this case on July 28, 2025. Docket No. 1. The following day, the Court sent her an advisory letter explaining various aspects of the litigation process. Docket No. 2. However, that letter came back as undeliverable. Docket No. 3. According to the Federal Bureau of Prisons inmate database, Plaintiff is no longer at the address that she provided to the Court. Under LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff shall file her current address with the Court on or before **October 10, 2025**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS SO ORDERED.

DATED: September 9, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE